pellant to abide event. Held that, on the pleadings and the statement of plaintiff's counsel at the trial that the terms of the contract were as admitted in defendant's answer, the trial court should have found that there was a valid and existing contract between the parties, which consisted of the written offer, signed by defendant, and acceptance, signed by plaintiff, without the added clause in reference to the mortgage tax.

---

In re KALISKY. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of Abraham Kalisky. No opinion. Application denied. Settle order on notice. See, also, 148 N. Y. Supp. 1124.

---

In re KALISKY. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of Abraham Kalisky. No opinion. Referred to official referee. Settle order on notice. See, also, 148 N. Y. Supp. 1124.

---

KAPLAN et al., Appellants, v. FEINSTEIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Samuel Kaplan and others, copartners, etc., against David Feinstein and another.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the grounds, first, that it affirmatively appears that the terms of the composition agreement were varied from by the defendants without the consent of the plaintiffs and it does not appear that plaintiffs waived strict performance thereof; and, second, there is not a fair preponderance of evidence of tender of performance of such agreement to plaintiffs on the part either of defendants or the United Novelty Company.

---

In re KECK. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) In the matter of the final accounting of Jeremiah Keck, as executor of the last will and testament of Edward Ecker, deceased. No opinion. Decree unanimously affirmed, without costs.

---

KELLEY et al., Respondents, v. GERE COAL CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Daniel A. Kelley and others against the Gere Coal Company and others. No opinion. Judgment and order affirmed, with costs.

---

KELLOGG v. WILNER CONST. CO. et al. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Rawdon W. Kellogg against the Wilner Construction Company and others.

PER CURIAM. Order of the County Court of Queens County affirmed, with $10 costs and disbursements. See Colwell Lead Co. v. Home Title Ins. Co., 154 App. Div. 83, 138 N. Y. Supp. 738, affirmed 208 N. Y. 591, 102 N. E. 1100; Astor Mortgage Co. v. Milton Construction Co., 151 App. Div. 557, 136 N. Y. Supp. 82; Barwin Realty Co. v. Union Stove Works, 146 App. Div. 319, 130 N. Y. Supp. 781; Herzog v. Mark, 202 N. Y. 1, 94 N. E. 1063, 35 L. R. A. (N. S.) 976. Rehearing denied, 148 N. Y. Supp. 1124. See, also, 147 N. Y. Supp. 1120.

---

KELLOGG v. WILNER CONST. CO. et al. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Rawdon W. Kellogg against the Wilner Construction Company and others. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 148 N. Y. Supp. 1124.

---

KENNEDY, Appellant, v. HECKSCHER, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by John Kennedy against August Heckscher. No opinion. Order unanimously affirmed, with costs.

---

KIDD, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by John Kidd, as executor, etc., of George W. Wait, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 158 App. Div. 904, 142 N. Y. Supp. 1125.

BURR, J., dissents.

---

KIECHLIN, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Henry Kiechlin against the Nassau Electric Railroad Company. No opinion. Judgment reversed, and new trial granted, costs to abide the event. See Brengel v. Hicks, 157 App. Div. 934, 142 N. Y. Supp. 1110.

---

KIMMEY, Appellant, v. YORKVILLE INDEPENDENT HYGEIA ICE CO., Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Charles P. Kimmey against the Yorkville Independent Hygeia Ice Company. H. H. Nieman, of New York City, for appellant. G. P. Hotaling, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

KINSILA, Appellant, v. SHUBERT et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 24, 1914.) Action by Edward B. Kinsila against Lee Shubert and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements, upon the authority of Fairman v. Brush, 60 Hun, 442, more fully reported in 15 N. Y. Supp. 44. See, also, 161 App. Div. 883, 145 N. Y. Supp. 1129.

CARR, J., not voting.